were perpetrated during the same transaction. 352 So. 2d 838 (1977).

I would grant the petition for certiorari and reverse the judgment of the Supreme Court of Alabama. I adhere to the view that the Double Jeopardy Clause of the Fifth Amendment, applied to the States through the Fourteenth Amendment, requires the prosecution in one proceeding, except in extremely limited circumstances not present here, of "all the charges against a defendant that grow out of a single criminal act, occurrence, episode, or transaction." *Ashe* v. *Swenson*, 397 U. S. 436, 453–454 (1970) (BRENNAN, J., concurring). See *Thompson* v. *Oklahoma*, 429 U. S. 1053 (1977) (BRENNAN, J., dissenting), and cases collected therein.

No. 77–6018. ARUNGA *v.* ELLIS, CHIEF, UI DIVISION, DEPARTMENT OF EMPLOYMENT DEVELOPMENT. C. A. 9th Cir. Certiorari and/or motion for leave to file petition for writ of mandamus denied.

No. 77–582. CHASE BRASS & COPPER CO., INC. *v.* FRANCHISE TAX BOARD OF CALIFORNIA, 434 U. S. 1029;

No. 77–607. CLARK *v.* FLORIDA, 434 U. S. 1013;

No. 77–766. ALBERT *v.* FIRST NATIONAL BANK & TRUST COMPANY OF MARQUETTE, EXECUTOR, 434 U. S. 1035;

No. 77–876. WRIGHT *v.* UNITED STATES, 434 U. S. 1036;

No. 77–5678. QURAISHI *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, 434 U. S. 1019;

No. 77–5696. TIMMINS *v.* GORE NEWSPAPERS CO., INC., 434 U. S. 1020; and

No. 77–5850. SMILEY *v.* CALIFORNIA ET AL., 434 U. S. 1050. Petitions for rehearing denied.

No. 76–749. PFIZER INC. ET AL. *v.* GOVERNMENT OF INDIA ET AL., 434 U. S. 308. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.